# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01311-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 27) |

　　　　On November 13, 2020, an order issued granting Plaintiff's Social Security appeal and judgment was entered in favor of Plaintiff Aurora Lopez. (ECF Nos. 25, 26.) On January 25, 2021, a stipulation was filed to award attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

　　　　Pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees and expenses in the amount of eight thousand dollars and 00/100, ($8,000.00), under the EAJA, subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __January 25, 2021__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE